**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-61145-Civ-Cooke/Torres

GOLDSTEIN LAW GROUP,
P.A., a Florida corporation,

    Plaintiff,

v.

LEVIETTE MACHADO, individually,
CARLOS MARTINEZ, individually, and
VERONICA MARTINEZ, individually,

    Defendants.
_____/

FILED by ___ D.C.
JUN 10 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PRO SE DEFENDANTS, VERONICA MARTINEZ AND CARLOS MARTINEZ' MOTION FOR FINAL SUMMARY JUDGMENT

Pro Se Defendants, Veronica Martinez and Carlos Martinez ("the Martinez"), pursuant to Federal Rule of Civil Procedure 56 and United States District Court, Southern District of Florida Rule 7.5, hereby move this honorable court for the entry of Final Summary Judgment in Defendants' favor as to all of Plaintiff's claims. As set forth more fully in the accompanying Memorandum of Law, as of the close of the fact discovery period, Plaintiff has submitted no evidence whatsoever, and can point to no evidence whatsoever, to support the bare allegations contained in Plaintiff's Complaint. As such, there is a complete lack of proof concerning all of the essential elements of the counts contained in Plaintiff's Complaint and the Martinez' are entitled to summary judgment as a matter of law. Accordingly, the Pro Se Defendants respectfully request that Final Summary Judgment be granted in their favor and that the Plaintiffs' Complaint against them be dismissed in its entirety. The basis for relief is set forth in detail in the attached Memorandum of Law, Statement of Material Facts, and Exhibits.

1

_____  _____
Veronica Martinez, *pro se*                      Carlos Martinez, *pro se*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on JUNE 10, 2016, we filed the foregoing document with the Clerk of the Court. We also certify that the foregoing document is being served this day on all counsel of record and *pro se defendant* identified on the Service List below via transmission of notice of electronic filing.

## SERVICE LIST

*Goldstein Law Group, P.A. v. Leviette Machado, Carlos Martinez and Veronica Martinez*
Case No.: 0: 15-CV-61145-Civ.-COOKE/TORRES
United States District Court, Southern District of Florida

Daniel Levine, Esq.
BENNARDO LEVINE LLP
Attorneys for Plaintiff
1860 NW Boca Raton Blvd.
Boca Raton, FL 33432
drlevine@bennardolevine.com

Telephone: (561) 392-8074
Facsimile: (561) 368-6478

Leviette Machado
*Pro Se Defendant*
877 SW 149 Court
Miami, Fl. 33194
Email: leviette73@gmail.com

2