**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-61145-Civ-Cooke/Torres



GOLDSTEIN LAW GROUP,
P.A., a Florida corporation,

    Plaintiff,

v.

LEVIETTE MACHADO, individually,
CARLOS MARTINEZ, individually, and
VERONICA MARTINEZ, individually,

    Defendants.
_____/

### *PRO SE* DEFENDANT, LEVIETTE MACHADO'S MOTION FOR FINAL SUMMARY JUDGMENT

*Pro Se* Defendant, **LEVIETTE MACHADO**, hereby files this her Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and United States District Court, Southern District of Florida Rule 7.5 and moves this Honorable Court for entry of Final Summary Judgment in Defendant's favor as to all of Plaintiff's claims. As set forth in this Motion, as of the close of the fact discovery period, Plaintiff has submitted no concrete evidence whatsoever, and can point to no concrete evidence whatsoever, to support the allegations contained in Plaintiff's Complaint. As such, there is complete lack of proof concerning all of the essential elements of the counts contained in Plaintiff's Complaint and Defendant is entitled to summary judgment as a matter of law. Accordingly, the Defendant respectfully requests that Final Summary Judgment be granted in favor of the Defendant and that Plaintiff's Complaint

be dismissed in its entirety. The basis for relief is set forth in the Memorandum of Law, Statement of Material Facts and Exhibits incorporated herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2016, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of notice of electronic filing and via facsimile.

*[signature]*

Leviette **Machado, *pro se***

### SERVICE LIST
*Goldstein Law Group, P.A. v. Leviette Machado, Carlos Martinez and Veronica Martinez*
Case No.: 0: 15-CV-61145-Civ.-COOKE/TORRES
United States District Court, Souhern District of Florida

Daniel Levine, Esq.
BENNARDO LEVINE LLP
Attorneys for Plaintiff
1860 NW Boca Raton Blvd.
Boca Raton, FL 33432
drlevine@bennardolevine.com
Telephone: (561) 392-8074
Facsimile: (561) 368-6478

Carlos Martinez and
Veronica Martinez, *pro se*
507 West 55 Place
Hialeah, Florida 33012
Cmartinez1504@gmail.com
vabay23@yahoo.com